# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>           Plaintiff,<br><br>      v.<br><br>RODRIGUEZ,<br><br>           Defendant. | Case No. 1:14-cv-01371 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR PRESENTATION OF EXHIBITS<br><br>(Document 14) |

Plaintiff Guillermo C. Trujillo ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On February 23, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was given thirty (30) days to file an amended complaint.

On March 2, 2015, Plaintiff filed a "Motion for the Presentation of Exhibits" in which he seeks to file approximately 20 pages of exhibits. Plaintiff's motion is DENIED. First, Plaintiff has not yet filed an amended complaint and there is no operative complaint pending to which to add exhibits.

Second, and more importantly, Plaintiff cannot continue to send exhibits to the Court and ask that they be filed. Plaintiff has done this numerous times in this and other actions, and he is informed that the Court does not accept piecemeal complaints.

1 | Finally, Plaintiff cites to "Federal Rule of Civil Procedure 138(d)," which appears to be Local Rule 138(d).  The rule, however, does not give Plaintiff permission to file exhibits separate and apart from his complaint.  Rather, it simply deals with the form in which exhibits should be filed, and gives pro se parties permission to file their exhibits in paper format.

The Clerk of Court SHALL RETURN the exhibits to Plaintiff.

IT IS SO ORDERED.

Dated:   **March 3, 2015**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

2