# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>            Plaintiff,<br><br>     v.<br><br>RODRIGUEZ,<br><br>            Defendant. | Case No. 1:14-cv-01371 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR PRODUCTION OF EXHIBITS<br><br>(Document 19) |

Plaintiff Guillermo C. Trujillo ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's October 5, 2015, amended complaint is awaiting screening.

On October 22, 2015, Plaintiff filed a motion in which he requests to add evidence of exhaustion. Plaintiff's motion is DENIED. If and when any failure to exhaust becomes an issue in this litigation, Plaintiff will be permitted to submit his argument and exhibits in response to an exhaustion challenge.

Plaintiff is again reminded that the Court does not accept piecemeal complaints.

IT IS SO ORDERED.

Dated:  **October 23, 2015**                  /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1