# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>NURSE RODRIGUEZ, et al.,<br><br>    Defendant. | Case No. 1:14-cv-01371 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE<br><br>(Document 31) |

    Plaintiff Guillermo C. Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on September 2, 2014. It now proceeds on Plaintiff's March 5, 2015, First Amended Complaint for violation of the Eighth Amendment against Defendant Rodriguez.

    Defendant Rodriguez's May 6, 2016, motion for summary judgment based on failure to exhaust is pending. Plaintiff opposed the motion on May 23, 2016.

    Also on May 23, 2016, Plaintiff filed a motion requesting that the Court set a pretrial conference pursuant to Federal Rules 16 and 26. Plaintiff is advised that pro se prisoner actions are

///

///

///

///

exempt from the conference requirements of Rules 16 and 26.  If a trial is set in this matter, the Court will hold a telephonic trial confirmation hearing prior to trial.

IT IS SO ORDERED.

Dated: __**May 24, 2016**__                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE