# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>NURSE RODRIGUEZ, et al.,<br><br>    Defendant. | Case No. 1:14-cv-01371 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR INITIAL DISCLOSURES<br><br>(Document 37) |

Plaintiff Guillermo C. Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action proceeds on Plaintiff's March 5, 2015, First Amended Complaint for violation of the Eighth Amendment against Defendant Rodriguez. Defendant Rodriguez's May 6, 2016, motion for summary judgment based on failure to exhaust is pending.

On May 23, 2016, Plaintiff filed numerous motions, including one titled, "Motion for Initial Disclosures." Plaintiff appears to be complying with the Court's initial disclosure requirement, and the filing is not a motion. Accordingly, the motion is DISREGARDED.

IT IS SO ORDERED.

Dated: **May 25, 2016**                              /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE

1