UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>            Plaintiff,<br><br>     v.<br><br>RODRIGUEZ,<br><br>            Defendant. | No.  1:14-cv-01371 DAD DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(Document 47) |

      Plaintiff Guillermo C. Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  The action proceeds on Plaintiff's March 5, 2015, First Amended Complaint for violation of the Eighth Amendment against Defendant Rodriguez.  Defendant Rodriguez's May 6, 2016, motion for summary judgment based on failure to exhaust is pending.

      On July 21, 2016, Plaintiff filed a motion entitled, "Motion for Discovery."  He appears to be requesting permission to engage in discovery and attaches Requests for Production of Documents.[1]

///

///

---

[1] Plaintiff's requests are directed at "Defendants Munoz and Rodriguez," though only Rodriguez is a Defendant in this action.

Discovery is open in this action and Plaintiff does not need Court permission to engage in discovery. Plaintiff is advised that all discovery requests must be served on Defendant, and need not be filed with this Court.

IT IS SO ORDERED.

Dated: **July 22, 2016**              /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE