# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO C. TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NURSE RODRIGUEZ,<br><br>　　　　Defendant. | **Case No. 1:14-cv-01371-DAD-EPG (PC)**<br><br>**Appeal No. 17-15706**<br><br>**ORDER GRANTING MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT COURT OF APPEALS**<br><br>(ECF No. 71) |

Plaintiff Guillermo Trujillo, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014. Summary judgment was granted and judgment was entered on behalf of Defendant Nurse Rodriguez on March 21, 2017. Plaintiff's appeal of the judgment is currently pending before the United States Court of Appeals for the Ninth Circuit.

Pursuant to Circuit Rule 30-3, prisoners proceeding *pro se* are entitled to excerpts of record upon request to the district court and Plaintiff filed a motion seeking excerpts of the record on April 21, 2017. (ECF No. 71.) Plaintiff requests the original complaint filed in this case, along with any attached exhibits.

Accordingly, pursuant to Circuit Rule 30-3, it is HEREBY ORDERED that:

1. Plaintiff's motion for excerpts of record, filed on April 21, 2017, is GRANTED;

2. The Clerk's Office shall provide Plaintiff with a copy of docket number 1;[1] and
3. The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **April 24, 2017**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE

---

[1] The original complaint and attached exhibits.